IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS LUIS MEZA ROJAS, Petitioner, | § | |
| | § | |
| | § | |
| V. | § | No. 3:26-CV-402-O-BW |
| | § | |
| THOMAS BERGAMI, Warden, Prairieland Detention Center, et al., Respondents. | § | |
| | § | |
| | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Chief United States District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Petitioner's Motion for Temporary Restraining Order (ECF No. 7) is **DENIED**.

**SO ORDERED** on this **12th day** of **August 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**